GARTNER v. NOVICK et al.

(Supreme Court, Appellate Term. December 16, 1908.)

APPEAL AND ERROR (§ 1013*)—VERDICT—INSUFFICIENCY OF EVIDENCE.

Where there is not sufficient evidence to warrant the damages awarded by the trial justice, the judgment will be reversed, and a new trial ordered.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 3993; Dec. Dig. § 1013.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Morris Gartner against Louis Novick and another, composing the firm of Novick Bros. From a judgment for plaintiff, defendants appeal. Reversed, and a new trial ordered.

Argued before GIEGERICH, HENDRICK, and FORD, JJ.

Abraham Henig (Max Silverstein, of counsel), for appellants.

Rosansky & Goldberg (Julius Rosansky, of counsel), for respondent.

PER CURIAM. There was not sufficient evidence to warrant the finding of damages in the sum of $140, which was the amount the trial justice awarded. The judgment should therefore be reversed and a new trial ordered, with costs to the appellant to abide the event.